SHIPTON v. BARFIELD

No. 90 PC.

Case below: 23 N.C. App. 58.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1974.

STATE v. BETHUNE

No. 100 PC.

Case below: 23 N.C. App. 229.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1974.

STATE v. BURTON

No. 71 PC.

Case below: 22 N.C. App. 559.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1974.

STATE v. FAIRE

No. 62 PC.

Case below: 22 N.C. App. 573.

Petition for writ of certiorari to North Carolina Court of Appeals denied 8 November 1974. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 8 November 1974.

STATE v. HARRINGTON

No. 97 PC.

Case below: 22 N.C. App. 473.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 8 November 1974.